FILED
MAY 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1648-LAB |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
|  | ) | **(Superseding)** |
| v. | ) | Title 8, U.S.C., Sec. 1325 - |
|  | ) | Illegal Entry (Misdemeanor); |
| ROSALIO GUTIERREZ-ROSALES, | ) | Title 8, U.S.C., Sec. 1325 - |
|  | ) | Illegal Entry (Felony) |
| Defendant. | ) |  |

The United States Attorney charges:

Count 1

On or about April 12, 2008, within the Southern District of California, defendant ROSALIO GUTIERREZ-ROSALES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

MIP:mg:San Diego
5/27/08

<u>Count 2</u>

On or about April 26, 2008, within the Southern District of California, defendant ROSALIO GUTIERREZ-ROSALES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: May 28, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE PETTIT
Assistant U.S. Attorney